No. 11-7173. Leslie J. Hofman, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

565 U.S. 1125, 132 S. Ct. 1076, 181 L. Ed. 2d 760, 2012 U.S. LEXIS 87.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 11-7174. Juliane M. Iverson, Petitioner v. VenuWorks/Compass Facilities Management, Inc.

565 U.S. 1125, 132 S. Ct. 1031, 181 L. Ed. 2d 760, 2012 U.S. LEXIS 203.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 11-7176. Raymond Gather, Petitioner v. Oklahoma Army National Guard, et al.

565 U.S. 1125, 132 S. Ct. 1031, 181 L. Ed. 2d 760, 2012 U.S. LEXIS 59.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

No. 11-7177. Edward Nash, Petitioner v. New York.

565 U.S. 1125, 132 S. Ct. 1031, 181 L. Ed. 2d 760, 2012 U.S. LEXIS 67.

January 9, 2012. Petition for writ of certiorari to the Court of Appeals of New York denied.

Same case below, 17 N.Y.3d 860, 932 N.Y.S.2d 26, 956 N.E.2d 807.

No. 11-7179. Paul Mancuso, Petitioner v. United States.

565 U.S. 1125, 132 S. Ct. 1031, 181 L. Ed. 2d 760, 2012 U.S. LEXIS 110.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 428 Fed. Appx. 73.

No. 11-7182. Jeffrey T. Popp, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

565 U.S. 1125, 132 S. Ct. 1032, 181 L. Ed. 2d 760, 2012 U.S. LEXIS 111,

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 11-7183. Eric Flores, Petitioner v. Public Health Service, et al.

565 U.S. 1125, 132 S. Ct. 1032, 181 L. Ed. 2d 760, 2012 U.S. LEXIS 18.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.